# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| United States of America<br>v.<br><br>Jacob Banks, Jeremy Addison, and Bryce Jones<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)         21-116 MAG<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 28, 2021__ in the parish of __Orleans__ in the __Eastern__ District of __Louisiana__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g) | Felon in Possession of a Firearm |
| 21 U.S.C. § 841(a) | Possession of crack with the intent to distribute (Banks) |
| 18 U.S.C. § 924(c) | Possession of a firearm in furtherance of drug trafficking (Banks) |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

/s April Augustine
*Complainant's signature*

TFO April Augustine, FBI
*Printed name and title*

Sworn to and electronically subscribed before me, over the telephone, and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d), on this 29th day of October, 2021.

Date: October 29, 2021

*Judge's signature*

City and state: New Orleans, Louisiana

Honorable Donna Phillips Currault, U.S. Magistrate Judge
*Printed name and title*

2cc: USM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 21-116 |
| v. | * | SECTION: MAG |
| JACOB BANKS<br>JEREMY ADDISON<br>BRYCE JONES | * <br><br>* | |

\* \* \*

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

I, April Augustine, being duly sworn, depose and state as follows:

1. I am a Task Force Officer ("TFO") with the Federal Bureau of Investigation ("FBI"), New Orleans, Louisiana, and have been employed in that capacity since October 2020. I am currently assigned to the FBI New Orleans Violent Crime Task Force ("NOVCTF") and my duties include the investigation of bank robberies, Hobbs Act violations, fugitives, kidnappings, crimes against children, and other violent crimes. I have been employed in law enforcement since August 2014, with the majority of my time dedicated to conducting various types of investigations.

PURPOSE OF AFFIDAVIT

2. This affidavit is made in support of a criminal complaint against Jacob Banks, Jeremy Addison, and Bryce Jones, for a violation of Title 18, United States Code § 922(g), which prohibits the possession of a firearm by someone convicted of a felony. Banks is also charged with violating Title 18, United States Code § 924(c), which prohibits the possession of a firearm in furtherance of a drug trafficking crime, and Title 21, United States Code § 841(a), which prohibits the possession with the intent to distribute crack. Since this affidavit is being submitted for this limited purpose, I have not included each and every fact known to me concerning this investigation. I have

set forth only the facts that I believe are essential to establish the necessary foundation for obtaining a criminal complaint.

PROBABLE CAUSE

3. As part of a federal prosecution in this District, Banks was sentenced on December 5, 2019 for Violation of the Federal Gun Control Act related to a prior felon in possession of a firearm arrest.  Banks was ordered to serve 33 months imprisonment, to be followed by 3 years of supervised release. His term of supervised release commenced September 28, 2021.

4. On Tuesday October 12, 2021, members of the NOPD's First District were monitoring a repast for a known drug dealer who was murdered on Thursday September 30, 2021.  While conducting surveillance of subjects who were in a public outdoor space, the officers observed several subjects to be in possession of firearm(s).  Photos of two of the subjects who were observed with firearms were disseminated within law enforcement in an attempt to identify the subjects.

5. Your affiant was able to identify one of the subjects as Jacob Banks, who as noted above, was convicted in an EDLA case of being a felon in possession of a firearm in December 2019 and recently released onto a three year term of supervised release.

6. On Monday October 25, 2021, Banks was observed by law enforcement to once again be armed with a firearm near the intersection of Bienville and Crozat Streets in New Orleans. Law enforcement resources were not immediately available at that time to conduct an arrest, and Banks left the area before enough units were available to effectively and safely conduct a stop of Banks.

7. On Thursday, October 28, 2021, law enforcement was again surveilling Banks and again observed him in possession of a firearm near the intersection of Bienville and Crozat Streets in New Orleans.  Based on the surveillance officers' training and experience, it appeared that Banks

and some of his associates were conducting hand-to-hand narcotics transactions in this area, which is known to law enforcement as an area where significant drug activity takes place. Five law enforcement vehicles, including a marked NOPD unit, approached the area. The NOPD vehicle put on its lights at the corner of Bienville and Crozat Streets.

8. In response to the police lights, Banks and two other individuals moved toward the front passenger door of a black Jeep Grand Cherokee parked on the street. The Cherokee was occupied by a female driver and a male (Jeremey Addison) sitting in the front passenger seat with the window down. Officers observed one of the three individuals who was outside the vehicle (D. M.) reaching into the vehicle through the open passenger window, while the passenger (Jeremey Addison) bent down in the front seat. As they approached the vehicle, officers observed a gun in plain view in the front passenger seat where D.M.'s arm had been. They saw another gun under the front passenger seat where Addison had bent over. Officers attempted to detain the three subjects outside the vehicle. They quickly detained D.M. As officers attempted to detain Banks, Banks actively resisted the officers while attempting to get into his front pant pocket, where officers found a handgun. Officers also found a baggie of crack cocaine, which field tested positive as such, balled up in Banks' clinched fist and are familiar enough with Banks from prior encounters to know that he is not a crack user. Coupled with the observations of what appeared to be hand-to-hand transactions, your affiant submits that this crack was possessed with the intent to distribute and not for personal use. Bryce Jones, who was another of the individuals outside the vehicle, who was leaning on the vehicle as the officers approached, attempted to flee and was subdued. During a pat down of Jones after he was subdued, officers discovered a pistol in his waistband.

9. Records checks revealed that Jacob Banks, Jeremy Addison, and Bryce Jones are all convicted felons. Banks was convicted on September 25, 2008, in case number 479-301 in the Criminal District Court for Orleans Parish, State of Louisiana, for possession of cocaine (crack), in violation of La. R.S. 40:967(C)(2). Banks also has the aforementioned federal conviction for being a felon in possession of a firearm. Addison was convicted on August 28, 2013, in case number 513181 in the Criminal District Court for Orleans Parish, State of Louisiana, for being a felon in possession of a firearm, in violation of La. R.S. 14:95.1 and sentenced to 10 years in prison. Jones was convicted on July 26, 2021, in case number A032015J in the 21st Judicial District in Livingston Parish, State of Louisiana, for aggravated flight from an officer where human life is endangered, in violation of La. R.S. 14:108.1.

9. The four guns that were seized from D.M., Jacob Banks, Jeremy Addison, and Bryce Jones were two Glocks, a Springfield Arms, and a Rossi. Your affiant is also aware that Glock, Springfield Arms, and Rossi weapons are not manufactured in Louisiana and that the weapons necessarily had to travel in interstate commerce before D.M., Jacob Banks, Jeremy Addison, and Bryce Jones possessed them.

*/s/ April Augustine*
Task Force Officer April Augustine
Federal Bureau of Investigation

Pursuant to Federal Rules of Criminal Procedure 4.1 and 41(d)(3), the undersigned judicial officer has on this date considered the information communicated by reliable electronic means in considering whether a complaint, warrant, or summons will issue. In doing so, I have placed the affiant under oath, and the affiant has confirmed that the signatures on the complaint, warrant, or summons and affidavit are those of the affiant, that the document received by me is a correct and complete copy of the document submitted by the affiant, and that the information contained in the

complaint, warrant, or summons and affidavit is true and correct to the best of the affiant's knowledge.

Sworn to and electronically subscribed before me, over the telephone, and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d), on this 29th day of October, 2021. New Orleans, Louisiana.

_____
HONORABLE DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF LOUISIANA